ACCEPTED
14-15-00584-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 2:42:26 PM
CHRISTOPHER PRINE
CLERK



# LARKIN
## LAW FIRM P.C.

Patrick B. Larkin
plarkin@larkin-law.com

**Pearland Town Center Offices East**
11200 Broadway, Suite 2705
Pearland, TX 77584
T (281) 412-7500
F (281) 412-7502

Houston Office
One Riverway Dr., Suite 1700
Houston, TX 77056
T (281) 412-7500
(By appointment only)

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 2:42:26 PM
CHRISTOPHER A. PRINE
Clerk

July 28, 2015

**_VIA ELECTRONIC FILING_**
Christopher A. Prine
Clerk of the 14th Court of Appeals
301 Fannin Street
Houston, Texas 77002

  Re: Cause No. 14-15-00584-CV; *Metropolitan Insurance and Annuity Company and Metropolitan Life Insurance Company v. Structured Asset Funding d/b/a 123 LumpSum and Bradley Turpin*; In the Fourteenth Texas Court of Appeals

Dear Mr. Prine,

  Enclosed please find the following document for filing regarding the above-referenced matter:

  1. Proof of payment to the Court Reporter for the fee for preparation of the record.

  We would appreciate your office filing same and acknowledging receipt to us in your usual manner by returning the file-stamped copy to our office.

  If you have any questions, please contact me at 281-412-7500. Thank you for your cooperation in this matter.

    Very truly yours,

    THE LARKIN LAW FIRM, P.C.

    *Patrick B. Larkin* /KT

    Patrick B. Larkin

PBL/kt
Enc.



# LARKIN
## LAW FIRM P.C.

**Pearland Town Center Offices East**
**11200 Broadway, Suite 2705**
**Pearland, TX 77584**
**T (281) 412-7500**
**F (281) 412-7502**

Patrick B. Larkin
plarkin@larkin-law.com

*Houston Office*
One Riverway Dr., Suite 1700
Houston, TX 77056
T (281) 412-7500
(By appointment only)

July 28, 2015

***Via CM/RRR #7013 0600 0002 0837 0858***
Jana Fowler
Court Reporter for CCL#2
311 Brandy Ridge Ln.
Dickinson, TX 77539

      Re:    Cause No. CV-0073918; *In Re Bradley Turpin;* In the County Court at Law Number Two (2) of Galveston County, Texas.

      Re:    Court of Appeals No. 14-15-00584-CV; *In Re Bradley Turpin*; In the Fourteenth Court of Appeals

Dear Ms. Fowler:

    Enclosed please find Check #2317 in the amount of $412.50 for your fees for the preparation of the record to be filed with the Fourteenth Court of Appeals regarding the above-referenced case.

    Thank you for your cooperation in this matter.

                Very truly yours,
                **THE LARKIN LAW FIRM, P.C.**

                Patrick B. Larkin

PBL/kt
Enc.

**Larkin Law Firm, P.C.**
11200 Broadway, Suite 2705
Pearland, TX 77584
281-412-7500

LARKIN
Law Firm P.C.

JPMORGAN CHASE BANK, NA
32-061/1110

2317

07/27/2015

PAY TO THE
ORDER OF ___ Jana Fowler ___ $ 412.50

Four hundred twelve and 50/100******************************************************************************************* DOLLARS



Jana Fowler

▲ TAMPER RESISTANT TONER AREA ▲



MEMO     In Re: Turpin/COA #14-15-00584-CV

MP

Intuit® *CheckLock*™ Secure Check     Details on Back

⑈002317⑈ ⑆111000614⑆ 810725010⑈

Larkin Law Firm, P.C.                2317
   07/27/2015     **Jana Fowler**

In Re: Turpin                               412.50

**Chase Operating Acc**   In Re: Turpin/COA #14-15-00584-CV                412.50